appeal is denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

BECKIE LACOV, Respondent, v. OCEAN AVENUE BUILDING CORPORATION and Others, Defendants, and SIMON NEWMAN and "REBECCA" NEWMAN, His Wife (the Name "Rebecca" Being Fictitious, the Said Defendant's True Name Being Unknown to the Plaintiff), Appellants.— Motion to resettle order denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

BECKIE LACOV, Respondent, v. OCEAN AVENUE BUILDING CORPORATION and Others, Defendants, and SIMON NEWMAN and "REBECCA" NEWMAN, His Wife (the Name "Rebecca" Being Fictitious, the Said Defendant's True Name Being Unknown to the Plaintiff), Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellants to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

ROSE MAGGI, Respondent, v. GUISEPPI A. SABATINI and Another, Defendants; MORRIS E. GOSSETT, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for Monday, June first (for which day the case is set down), and be ready for argument when reached. If the appeal be not perfected and brought on for argument at the time stated it will be dismissed without further motion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

PETER H. McNULTY and HERBERT W. McNULTY, Copartners, etc., Respondents, v. THERESA C. KAMMERER and Another, Appellants.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

DANIEL W. MELLEN, Appellant, v. MYRTLE GARDENS, INC., and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

DELIA MORAN, as Administratrix, etc., of MICHAEL MORAN, Deceased, Respondent, v. THE BROOKLYN CITIZEN and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

ADRIAN M. POTTER, Respondent, v. MORRIS DIAMOND and Others, Appellants.— Motion for reargument of motion to dismiss appeal denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

ADRIAN M. POTTER, Respondent, v. MORRIS DIAMOND and Others, Appellants. — Motion for reargument of motion to dismiss appeal denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY SANTERELLO, Appellant.— Motion granted. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

ELLA N. SEINIGER, as Executrix of SAMUEL SEINIGER and Another, Respondents, v. THEODORE HOFFACKER and ELLA DeVELLIER, Copartners, etc., Appellants.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

HARRY J. STYLES, Respondent, v. WILLIAM J. STYLES, SR., and Others, Appel-